# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 10-5319**　　　　　　　　　　　**September Term 2011**

**1:04-cv-01254-HHK**

**Filed On:** November 9, 2011

Adnan Farhan Abdul Latif, Detainee, Camp
Delta, et al.,

　　　　　　Appellees

　　v.

Barack Obama, President of the United
States, et al.,

　　　　　　Appellants

**BEFORE:**　　Henderson, Tatel, and Brown, Circuit Judges

## O R D E R

Upon consideration of the court's order to show cause filed October 14, 2011, directing appellants to show cause why the court's opinions, filed October 14, 2011, should not be released publicly with redactions of classified material only; and the response and supplemental response thereto, it is

**ORDERED** that the order to show cause be discharged. The Clerk is directed to issue forthwith the public version of the court's opinion filed October 14, 2011, with the classified material redacted.

## Per Curiam

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　Jennifer M. Clark
　　　　　　　　　　　　　Deputy Clerk